In the Matter of the Claim of VINCENT L. DUNNE. BONNER & BONNER, INC., Appellant; FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Respondent.

Argued October 5, 1944; decided November 16, 1944.

*Joseph R. Kelley* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.